# United States District Court
# Western District of North Carolina
<span style="font-variant:small-caps">Charlotte</span> Division

| | | |
|---|---|---|
| **William L. Thompson** ) | | JUDGMENT IN CASE |
| ) | | |
| Petitioner(s), ) | | 3:15cv604 |
| ) | | |
| vs. ) | | |
| ) | | |
| FNU Diamond, ) | | |
| Respondent(s). ) | | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's Order.

December 15, 2015

Frank G. Johns, Clerk
United States District Court